# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In Re: §
§
BLACKBURN, RANDY § Case No. 12-07148
BLACKBURN, ANNA §
§
§
            Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/27/2012 . The undersigned trustee was appointed on 08/31/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    200,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 94,271.21 |
   | Bank service fees | 118.98 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 105,609.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/29/2018  and the deadline for filing governmental claims was  03/29/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,065.87 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 9,065.87 , for a total compensation of $ 9,065.87 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2018                    By: /s/JOSEPH E. COHEN
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-07148  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | Date Filed (f) or Converted (c): | 02/27/12 (f) |
|  | BLACKBURN, ANNA | 341(a) Meeting Date: | 03/23/12 |
| For Period Ending: | 06/12/18 | Claims Bar Date: | 03/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2023 Apache Trail Round Lake Beach, IL 60073 - (De | 69,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Norstate Bank. | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Springleaf Financial Services - Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 9. ESB/HARLEY DAVIDSON CR -2004 Harley Roadking. | 7,510.00 | 0.00 | | 0.00 | FA |
| 10. Fifth Third BANK - 2009 Ford Escape with 42,000 mi | 11,567.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Dodge Ram with 150,000 miles. | 1,228.00 | 0.00 | | 0.00 | FA |
| 12. Pelvic mesh litigation (u) | 200,000.00 | 100,000.00 | | 200,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $294,405.00 | $100,000.00 | | $200,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED MOTION TO APPROVE $200,000.00 SETTLEMENT - 4/30/18. TRUSTEE IS FILING MOTION TO EMPLOY SPECIAL COUNSEL
TO PURSUE PRODUCTS LIABILITY ACTION - 1/8/2018. CASE REOPENED 8/25/17 AND REAPPOINTED TRUSTEE - 10/30/17.

Initial Projected Date of Final Report (TFR): 02/28/19      Current Projected Date of Final Report (TFR): 02/28/19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-07148 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | Bank Name: | ASSOCIATED BANK |
| | BLACKBURN, ANNA | Account Number / CD #: | *******0503 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7368 | | |
| For Period Ending: | 06/12/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/18 | 12 | Pelvic Mesh Settlement Distribution | Litigation Proceeds | | 189,168.70 | | 189,168.70 |
| | | | Memo Amount:    (    10,000.00 ) | 2990-000 | | | |
| | | | MDL Assessment Fee | | | | |
| | | | Memo Amount:        200,000.00 | 1249-000 | | | |
| | | | Pelvic Mesh Settlement Distribution | | | | |
| | | | Memo Amount:    (        831.30 ) | 2990-000 | | | |
| | | | Medicare Lien Payout | | | | |
| 05/24/18 | 300001 | WEXLER WALLACE LLP | Special Counsel for Trustee Fees | | | 83,439.91 | 105,728.79 |
| | | | Fees        80,000.00 | 3210-000 | | | |
| | | | Expenses    3,439.91 | 3220-000 | | | |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.98 | 105,609.81 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | 189,168.70 | 83,558.89 | 105,609.81 |
| Memo Allocation Disbursements: | 10,831.30 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 189,168.70 | 83,558.89 | |
| Memo Allocation Net: | 189,168.70 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 189,168.70 | 83,558.89 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 10,831.30 | Checking Account (Non-Interest Earn - ********0503 | 189,168.70 | 83,558.89 | 105,609.81 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 189,168.70 | | 189,168.70 | 83,558.89 | 105,609.81 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      189,168.70      83,558.89

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 20.00j

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-07148 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | Bank Name: | ASSOCIATED BANK |
| | BLACKBURN, ANNA | Account Number / CD #: | *******0503  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7368 | | |
| For Period Ending: | 06/12/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 13, 2018 |

Case Number:  12-07148  
Debtor Name:  BLACKBURN, RANDY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,959.44 | $0.00 | $2,959.44 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $9,065.87 | $0.00 | $9,065.87 |
| 999<br>8200-00 | RANDY BLACKBURN<br>2023 APACHE TRAIL<br>ROUND LAKE BEACH, IL  60073 | Unsecured | | $83,562.39 | $0.00 | $83,562.39 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,755.15 | $0.00 | $2,755.15 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,669.22 | $0.00 | $1,669.22 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,488.96 | $0.00 | $5,488.96 |
| | Case Totals: | | | $105,501.03 | $0.00 | $105.501.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-07148
Case Name: BLACKBURN, RANDY
BLACKBURN, ANNA
Trustee Name: JOSEPH E. COHEN

| Balance on hand | $ | 105,609.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 9,065.87 | $ 0.00 | $ 9,065.87 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,931.50 | $ 0.00 | $ 2,931.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 27.94 | $ 0.00 | $ 27.94 |

| Total to be paid for chapter 7 administrative expenses | $ 12,025.31 |
| Remaining Balance | $ 93,584.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,913.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 2,755.15 | $ 0.00 | $ 2,755.15 |
| 000002 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 1,669.22 | $ 0.00 | $ 1,669.22 |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,488.96 | $ 0.00 | $ 5,488.96 |

Total to be paid to timely general unsecured creditors         $         9,913.33

Remaining Balance                                              $        83,671.17

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 108.78 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the Debtor after payment of all claims and interest is $83,562.39.