UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BLACKBURN, RANDY | § | Case No. 12-07148 |
| BLACKBURN, ANNA | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 58,077.00 *(Without deducting any secured claims)* | Assets Exempt: 51,328.00 |
| Total Distributions to Claimants:  10,022.11 | Claims Discharged Without Payment:  23,951.00 |
| Total Expenses of Administration:  106,415.50 | |

3) Total gross receipts of $ 200,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 83,562.39  (see **Exhibit 2**), yielded net receipts of $ 116,437.61  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 150,070.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 106,415.50 | 106,415.50 | 106,415.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,951.00 | 9,913.33 | 9,913.33 | 10,022.11 |
| **TOTAL DISBURSEMENTS** | $ 174,021.00 | $ 116,328.83 | $ 116,328.83 | $ 116,437.61 |

4) This case was originally filed under chapter 7 on 02/27/2012 . The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2018        By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Litigation/Settlements | 1249-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 200,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Randy & Anna Blackburn | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 83,562.39 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 83,562.39** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CitiMortgage Inc. Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | 124,759.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 ESB/HARLEY DAVIDSON CR Attn: Bankruptcy Dept. Po Box 21829 Carson City NV 89721 | | 7,430.00 | NA | NA | 0.00 |
| | 3 Fifth Third Bank Attn: Bankruptcy Dept. Fifth Third Center Cincinnati OH 45263 | | 17,308.00 | NA | NA | 0.00 |
| | 4 Springleaf Financial Services Attn: Bankruptcy Dept. 2 W Grand Ave Ste 102 Fox Lake IL 60020 | | 573.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 150,070.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 9,065.87 | 9,065.87 | 9,065.87 |
| ASSOCIATED BANK | 2600-000 | NA | 118.98 | 118.98 | 118.98 |
| MDL Assessment Fee | 2990-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Medicare Lien Payout | 2990-000 | NA | 831.30 | 831.30 | 831.30 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,954.33 | 1,954.33 | 1,954.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 977.17 | 977.17 | 977.17 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 27.94 | 27.94 | 27.94 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):WEXLER WALLACE LLP | 3210-000 | NA | 80,000.00 | 80,000.00 | 80,000.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):WEXLER WALLACE LLP | 3220-000 | NA | 3,439.91 | 3,439.91 | 3,439.91 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 106,415.50 | $ 106,415.50 | $ 106,415.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | 767.00 | NA | NA | 0.00 |
| | 10 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | 5,080.00 | NA | NA | 0.00 |
| | 11 HSBC/Mnrds Attn: Bankruptcy Dept. 90 Christiana Rd New Castle DE 19720 | | 3,794.00 | NA | NA | 0.00 |
| | 12 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 2,435.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 14 Vista Medical Center East Bankruptcy Dept 1324 N. Sheridan Rd Waukegan IL 60085 | | 50.00 | NA | NA | 0.00 |
| | 2 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | 1,105.00 | NA | NA | 0.00 |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 1,503.00 | NA | NA | 0.00 |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 2,529.00 | NA | NA | 0.00 |
| | 5 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 4,980.00 | NA | NA | 0.00 |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 8 GEMB/Walmart Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 757.00 | NA | NA | 0.00 |
| | 9 GEMB/Walmart Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 951.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,755.15 | 2,755.15 | 2,755.15 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,669.22 | 1,669.22 | 1,669.22 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,488.96 | 5,488.96 | 5,488.96 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 108.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,951.00 | $ 9,913.33 | $ 9,913.33 | $ 10,022.11 |

Case 12-07148 Doc 51 Filed 10/24/18 Entered 10/24/18 13:49:25 Desc Main
Document Page 9 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-07148 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLACKBURN, RANDY | | | Date Filed (f) or Converted (c): | 02/27/12 (f) |
| | BLACKBURN, ANNA | | | 341(a) Meeting Date: | 03/23/12 |
| For Period Ending: | 10/10/18 | | | Claims Bar Date: | 03/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2023 Apache Trail Round Lake Beach, IL 60073 - (De | 69,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Norstate Bank. | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Springleaf Financial Services - Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry, and wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 9. ESB/HARLEY DAVIDSON CR -2004 Harley Roadking. | 7,510.00 | 0.00 | | 0.00 | FA |
| 10. Fifth Third BANK - 2009 Ford Escape with 42,000 mi | 11,567.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Dodge Ram with 150,000 miles. | 1,228.00 | 0.00 | | 0.00 | FA |
| 12. Pelvic mesh litigation (u) | 200,000.00 | 100,000.00 | | 200,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $294,405.00 | $100,000.00 | | $200,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED WITH COURT AND DISTRIBUTION MADE TO CREDITORS - 10/10/18.
TRUSTEE HAS FILED MOTION TO APPROVE $200,000.00 SETTLEMENT - 4/30/18. TRUSTEE IS FILING MOTION TO EMPLOY SPECIAL COUNSEL
TO PURSUE PRODUCTS LIABILITY ACTION - 1/8/2018. CASE REOPENED 8/25/17 AND REAPPOINTED TRUSTEE - 10/30/17.

Initial Projected Date of Final Report (TFR): 02/28/19      Current Projected Date of Final Report (TFR): 02/28/19

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-07148 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | Bank Name: | ASSOCIATED BANK |
| | BLACKBURN, ANNA | Account Number / CD #: | *******0503 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7368 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/18 | 12 | Pelvic Mesh Settlement Distribution | Litigation Proceeds | | 189,168.70 | | 189,168.70 |
| | | | Memo Amount: ( 10,000.00 ) | 2990-000 | | | |
| | | | MDL Assessment Fee | | | | |
| | | | Memo Amount: 200,000.00 | 1249-000 | | | |
| | | | Pelvic Mesh Settlement Distribution | | | | |
| | | | Memo Amount: ( 831.30 ) | 2990-000 | | | |
| | | | Medicare Lien Payout | | | | |
| 05/24/18 | 300001 | WEXLER WALLACE LLP | Special Counsel for Trustee Fees | | | 83,439.91 | 105,728.79 |
| | | | Fees 80,000.00 | 3210-000 | | | |
| | | | Expenses 3,439.91 | 3220-000 | | | |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.98 | 105,609.81 |
| 08/03/18 | 300002 | JOSEPH E. COHEN, Trustee | Trustee Compensation | 2100-000 | | 9,065.87 | 96,543.94 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 08/03/18 | 300003 | COHEN & KROL | Attorney for Trustee fees | | | 1,982.27 | 94,561.67 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees 1,954.33 | 3110-000 | | | |
| | | | Expenses 27.94 | 3120-000 | | | |
| 08/03/18 | 300004 | Joseph E. Cohen, Attorney | Attorney for Trustee fees | 3110-000 | | 977.17 | 93,584.50 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 08/03/18 | 300005 | Capital One Bank (USA), N.A. | Claim 000001, Payment 101.09722% | | | 2,785.38 | 90,799.12 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| | | | Claim 2,755.15 | 7100-000 | | | |
| | | | Interest 30.23 | 7990-000 | | | |
| 08/03/18 | 300006 | Capital One Bank (USA), N.A. | Claim 000002, Payment 101.09752% | | | 1,687.54 | 89,111.58 |

Page Subtotals 189,168.70 100,057.12

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-07148 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | Bank Name: | ASSOCIATED BANK |
| | BLACKBURN, ANNA | Account Number / CD #: | *******0503 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7368 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083 Charlotte, NC 28272-1083 | Claim 1,669.22 | 7100-000 | | | |
| | | | Interest 18.32 | 7990-000 | | | |
| 08/03/18 | 300007 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000003, Payment 101.09729% | | | 5,549.19 | 83,562.39 |
| | | | Claim 5,488.96 | 7100-000 | | | |
| | | | Interest 60.23 | 7990-000 | | | |
| 08/06/18 | 300008 | Randy & Anna Blackburn 2023 Apache Trail Round Lake Beach, IL 60073 | Surplus to Debtor Surplus to Debtor | 8200-000 | | 83,562.39 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | 189,168.70 | 189,168.70 | 0.00 |
| Memo Allocation Disbursements: | 10,831.30 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 189,168.70 | 189,168.70 | |
| Memo Allocation Net: | 189,168.70 | Less: Payments to Debtors | | 83,562.39 | |
| | | Net | 189,168.70 | 105,606.31 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 10,831.30 | Checking Account (Non-Interest Earn - ********0503) | 189,168.70 | 105,606.31 | 0.00 |
| Total Memo Allocation Net: | 189,168.70 | | 189,168.70 | 105,606.31 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 89,111.58

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-07148 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BLACKBURN, RANDY | | Bank Name: | ASSOCIATED BANK |
| | BLACKBURN, ANNA | | Account Number / CD #: | *******0503  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7368 | | | |
| For Period Ending: | 10/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*